UNITED STATES BANKRUPTCY COURT
DISTRICT OF SOUTH CAROLINA

| | | |
|---|---|---|
| IN RE: | ) | Case Number: 16-03017 |
| | ) | CHAPTER 13 |
| | ) | |
| Glenn, Thomas Paul | ) | **Motion to Extend Time to File Schedules,** |
| | ) | **Other Documents and Information** |
| | ) | **Required Under 11 U.S.C. § 521(a)(1)** |
| | ) | |
| Debtor(s). | ) | |

The Debtor, Thomas Paul Glenn, by his attorney, respectfully requests:

1. The Debtor filed a voluntary petition under chapter 13 of the Bankruptcy Code on June 16, 2016.

2. The Debtor's petition was prepared and filed in an expedited manner, and the Debtor was therefore unable to gather all the necessary documents for completing the chapter 13 schedules, statement of financial affairs, plan and other information and documents required under section 521(a)(1) when the petition was filed.

3. The Debtor's case involves numerous issues concerning a business owned and operated by the Debtor and numerous obligations from a recent family court order from the Debtor's divorce.  The Debtor is still attempting to gather records from his business and provide same to his counsel.  The Debtor and his counsel believe that they will require an addition fourteen (14) days to finalize the Debtor's outstanding filings.

4. The Debtor respectfully requests that the Court grant him an additional period of fourteen (14) days (thru Thursday, July 14, 2016), pursuant to 11 U.S.C. § 521(i)(3) and Rule 1007(c) of the Federal Rules of Bankruptcy Procedure, so that Debtor and his counsel may meet to review and finalize Debtor's schedules, statement of financial affairs, plan and other required documents.

5. This motion is not made for the purposes of delay and no creditor will suffer any prejudice if Debtor is granted an extension of time.

WHEREFORE, the Debtor requests that this Court grant him an extension of time until July 14, 2016, in which to file his schedules, statement of affairs, payment advices, means test, and all other information and forms required by 11 U.S.C. § 521(a)(1).

X  /s/ Charles M. Feeley, Esq.          June 30, 2016
Signature of Debtor's Attorney                Date

Charles Michael Feeley, Esq.
792 Folly Road, Suite 5
Charleston, South Carolina 29412
Telephone: (843) 324-8763
*ATTORNEY FOR THE DEBTOR*

June 30, 2016
Charleston, South Carolina

**U.S. BANKRUPTCY COURT**
**District of South Carolina**

Case Number: 16-03017

ORDER GRANTING MORATORIUM

The relief set forth on the following pages, for a total of __2__ pages including this page, is hereby **ORDERED**.

UNITED STATES BANKRUPTCY COURT
DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| IN RE: ) | Case Number: 16-03017 |
| ) | CHAPTER 13 |
| ) | |
| Glenn, Thomas Paul ) | **ORDER GRANTING:** |
| ) | **Motion to Extend Time to File Schedules,** |
| ) | **Other Documents and Information** |
| Debtor(s). ) | **Required Under 11 U.S.C. § 521(a)(1)** |
| ) | |

    This matter is before the Court on the Debtor's request for an order grant him an extension of time until July 14, 2016, in which to file his schedules, statement of financial affairs, plan, payment advices, means test, and all other information and forms required by 11 U.S.C. § 521(a)(1). Following consideration of this matter, it is ORDERED that the motion is allowed. The Debtor's schedules, statement of financial affairs, plan, payment advices, means test, and all other information and forms required by 11 U.S.C. § 521(a)(1) shall be filed no later than July 14, 2016.

    AND IT IS SO ORDERED.