UNITED STATES BANKRUPTCY COURT

DISTRICT OF SOUTH CAROLINA

FILED
JUL 14 2016
United States Bankruptcy Court
Columbia, South Carolina

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 13 |
| | ) | |
| THOMAS PAUL GLENN, JR. | ) | CASE NO: 16-03017-jw |
| | ) | |
| | ) | |
| | ) | ORDER UPON MOTION TO RECONSIDER |
| | ) | ORDER OF DISMISSAL |
| Debtor(s). | ) | |

Before the court is the motion of the debtor(s), filed on July 13, 2016, to reconsider an Order of Dismissal entered July 13, 2016. The matter having been considered by the Court,

a. \_\_\_\_\_  IT IS ORDERED that the motion is denied and the Order of Dismissal entered July 13, 2016 remains in effect.

b. \_\_\_\_\_  IT IS ORDERED that relief is granted from the Order of Dismissal entered July 13, 2016 and the case is reinstated as of the date of the entry of this Order.

c. _jw_  IT IS ORDERED that relief is granted from the Order of Dismissal entered July 13, 2016 and the case is reinstated as of the date of the entry of this Order. Any subsequent dismissal will be with prejudice for _1 year_ as to Chapters 11, 12 or 13.

d. \_\_\_\_\_  IT IS ORDERED that relief is granted from the Order of Dismissal entered July 13, 2016 and the case is reinstated as of the date of the entry of this Order for the limited purpose of allowing conversion to a Chapter 7 case within 10 days. If conversion does not occur within 10 days from the date of the entry of this Order, the case will again be dismissed without further notice or hearing.

e. \_\_\_\_\_  IT IS ORDERED that relief is granted from the Order of Dismissal with prejudice and the case is reinstated as of the date of the entry of this Order for the limited purpose of allowing conversion to a Chapter 7 case within 10 days. If conversion does not occur within 10 days from the date of the entry of this Order, or if the Chapter 7 case is dismissed, the case will be dismissed with prejudice as to Chapters 11, 12, or 13 for a period of \_\_\_\_\_ days from the entry of this order.

IT IS FURTHER ORDERED, that, if a rescheduled § 341 meeting of creditors is necessary, the United States Trustee's office will schedule and the Clerk's office will give notice thereof to each party in interest.

_/s/ John E. Waites_
JOHN E. WAITES
United States Bankruptcy Judge

Columbia, South Carolina

_7/14_, 2016