# Notice Recipients

District/Off: 0420–2    User: stalvey    Date Created: 8/2/2016
Case: 16–03017–jw    Form ID: pdf01    Total: 9

**Recipients of Notice of Electronic Filing:**

| | | |
|---|---|---|
| ust | US Trustee's Office | USTPRegion04.CO.ECF@usdoj.gov |
| tr | James M. Wyman | 13info@charleston13.com |
| aty | Charles Michael Feeley | cmfeeley@feeleylaw.net |
| aty | Christopher M. Towery | ctowery@wcsr.com |
| aty | Nicholas R Sanders | nick@cslaw.com |

TOTAL: 5

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

db    THOMAS PAUL GLENN, JR.    6921 BUCKHORN RD    RAVENEL, SC 29470
cr    Charleston Local Development Corporation    75 Calhoun Street    Third Floor    Charleston, SC 29401
cr    Capital One N.A.    Ascension Capital Group    P.O. Box 165028    Irving, TX 75016
cr    Crossroads Investors Limited Partnership    c/o Womble Carlyle Sandridge & Rice    1727 Hampton Street    Columbia, SC 29201

TOTAL: 4